In re the MARRIAGE OF Mary Karen COTE and Gene N. Cote.

Mary Karen Cote,
Petitioner/Respondent,

v.

Gene N. Cote, Respondent/Appellant.

No. ED 93954.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 14, 2010.

Justin C. Cordonnier, Erin E. Rathjen, Green Cordonnier & House, LLP, St. Louis, MO, for respondent/appellant.

Hardy C. Menees, Gerald P. McManama, Menees, Whitney, Burnet & Trog, St. Louis, MO, for petitioner/respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J., and GEORGE W. DRAPER, III, J.

*ORDER*

PER CURIAM.

Husband, Gene N. Cote, appeals from a decree of dissolution of marriage. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).